# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| TYMESHA HAMILTON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | CV616-085 |
| v. | ) | CV612-051 |
| | ) | CR610-026 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Court transferred Tymesha Hamilton's *second* 28 U.S.C. § 2255 motion to the Eleventh Circuit. The Court entered the Order directing that transfer in CR610-026 (her criminal case) and also in CV612-051, doc. 17, which is the parallel civil case opened for her *first* § 2255 motion. However, it neglected to close out CV616-085 -- the parallel civil case opened for her second § 2255 motion. For docket-clearing purposes, then, the Clerk is **DIRECTED** to enter this Order only in, and **CLOSE**, CV616-085.

**SO ORDERED,** this 3rd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA